Matter of Daniel D. (2024 NY Slip Op 05345)

Matter of Daniel D.

2024 NY Slip Op 05345

Decided on October 30, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 30, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2023-05549
 (Docket No. D-5859-22)

[*1]In the Matter of Daniel D. (Anonymous), appellant.

Joseph J. Artrip, Cornwall, NY, for appellant.
Richard B. Golden, County Attorney, Goshen, NY (David S. Meffert of counsel), for respondent.

DECISION & ORDER
In a juvenile delinquency proceeding pursuant to Family Court Act article 3, Daniel D. appeals from an order of disposition of the Family Court, Orange County (Carol S. Klein, J.), dated May 23, 2023. The order of disposition, insofar as appealed from, upon an order of fact-finding of the Family Court, Westchester County (Wayne Humphrey, J.), dated December 16, 2022, made upon the admission of Daniel D., finding that he committed an act which, if committed by an adult, would have constituted the crime of unauthorized use of a vehicle in the third degree, and after a dispositional hearing, upon adjudicating him a juvenile delinquent, placed him in the custody of the New York State Office of Children and Family Services for placement in a facility for a period of 12 months, less time spent in detention pending disposition.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The only issue raised by the appellant concerns so much of the order of disposition as placed him in the custody of the New York State Office of Children and Family Services for placement in a facility for a period of 12 months, less time spent in detention pending disposition. As the period of placement has expired, the appeal must be dismissed as academic (see Matter of Mark E.D., 228 AD3d 935; Matter of Oscar R.M., 213 AD3d 855; Matter of Jurell F., 195 AD3d 825).
BRATHWAITE NELSON, J.P., CHAMBERS, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court